

# U.S. District Court

**West Virginia Southern - Charleston**

Receipt Date: Dec 5, 2023 1:20PM

METROPOLITAN LIFE INS CO
PO BOX 14710
LEXINGTON, KY 40512

Rcpt. No: 2001927                    Trans. Date: Dec 5, 2023 1:20PM                    Cashier ID: #EB

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|---|---|---|---|---|---|
| 700 | Criminal Debt | DWVS612CR000210 /001<br>LLOYD B CARR | 1 | 127.83 | 127.83 |

| CD | Tender | | | | Amt |
|---|---|---|---|---|---|
| PC | Paper Check | #004362011 | 12/1/2023 | | $127.83 |

Total Due Prior to Payment: $127.83
Total Tendered: $127.83
Total Cash Received: $0.00
Cash Change Amount: $0.00

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.