## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA
## AT CHARLESTON

**UNITED STATES OF AMERICA**

v.   **CRIMINAL ACTION NO. 6:12-cr-00210**

**LLOYD B. CARR**

### ORDER GRANTING MOTION TO CHANGE
### RESTITUTION VICTIM NAME AND ADDRESS

On March 20, 2024, a victim of the crimes committed by Defendant Lloyd Carr filed "Motion to Change Restitution Victim" ("Motion"). *See* ECF No. 216. The United States of America ("United States"), by counsel, William S. Thompson, United States Attorney in the Southern District of West Virginia, and Chris R. Arthur, Assistant United States Attorney in the Southern District of West Virginia, responded on March 29, 2024 in support of the "Motion to Change Restitution Victim." *See* ECF No. 217.

Based on the Motion, the United States' response, and the record, this Court **FINDS** as follows:

1. The Defendant, Lloyd B. Carr ("Defendant"), pleaded guilty to one count of Aiding and Abetting Mail Fraud, in violation of 18 U.S.C. §§ 1341 and 2. *See* ECF No. 38. On May 22, 2014, this Court ordered the Defendant to serve a total term of imprisonment of 75 months, to be followed by a three-year term of supervised release. *See* ECF Nos. 61, 70. This Court also ordered the Defendant to pay $589,704.85 in restitution and a $100.00 special assessment. *Id.*

2. On March 20, 2024, Kim A. Harlow ("victim") in the criminal matter of Lloyd Carr filed a "Motion to change restitution victim" ("Motion"). *See* ECF No. 216.

3. The Motion seeks to change the victim's name and address to ensure the victim receives any future restitution payments. The victim asserts in the Motion that the basis for the requested change is the victim finalized a divorce which is authenticated by the filing of "Final Divorce Decree" entered on November 15, 2010 by the Family Court in Roane County, West Virginia. *See id.* at pgs. 6-7.

4. The victim also submitted "Victim Address Change Form" reflecting the victim's change of address. *Id.* at pgs. 2-4.

5. On March 29, 2024, the United States responded that it supported the victim's Motion. See ECF No. 217. ("Response").

6. The United States in its Response stated that it contacted the victim and verified the information provided in the Motion. *Id.* The United States further asserted that it recommended the granting of the Motion. Id.

**THEREFORE**, for good cause found, it is **ORDERED** that the Motion to Change Restitution Victim is **GRANTED**; and it is further **ORDERED** that the address reflected in the Victim Address Change Form shall be reflected in the records maintained by the Clerk's Office. The Clerk shall provide certified copies of this Order to counsel of record.

**IT IS SO ORDERED** this ___1___ day of ___April___, 2024.

JOSEPH R. GOODWIN
United States District Judge