UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

UNITED STATES OF AMERICA

v.                                    CRIMINAL ACTION NO. 6:12-cr-00210

LLOYD CARR

ORDER GRANTING MOTION TO CHANGE RESTITUTION VICTIM

On April 1, 2024, the Estate of a victim of the crimes committed by Defendant Lloyd Carr filed "Motion to Change Restitution Victim" ("Motion"). *See* ECF No. 219. The Motion reflects that two individuals are the heirs to the Estate and are entitled to any future restitution payments. The United States of America ("United States"), by counsel, William S. Thompson, United States Attorney in the Southern District of West Virginia, and Chris R. Arthur, Assistant United States Attorney in the Southern District of West Virginia, responded on May 16, 2024 in support of the "Motion to Change Restitution Victim".

Based on the Motion, the United States' response, and the record, this Court **FINDS** as follows:

1.  The Defendant, Lloyd B. Carr ("Defendant"), pleaded guilty to one count of Aiding and Abetting Mail Fraud, in violation of 18 U.S.C. §§ 1341 and 2. *See* ECF No. 38. On May 22, 2014, this Court ordered the Defendant to serve a total term of imprisonment of 75 months, to be followed by a three-year term of supervised release. *See* ECF Nos. 61, 70. This Court also ordered the Defendant to pay $589,704.85 in restitution and a $100.00 special assessment. *Id*.

2.  On April 1, 2024, the Estate of a victim ("victim") in the criminal matter of Lloyd Carr filed a "Motion to change restitution victim" ("Motion"). *See* ECF No. 219.

3. The Motion seeks to change the designated victim to the heirs of the victim who died. The victim asserts in the Motion that the basis for the requested change is the death of the victim and the heirs of the victim's estate are entitled to receive any future restitution payments.

4. On April 1, 2024, the United States responded that it supported the victim's Motion. See ECF No. 263. ("Response").

5. The United States in its Response stated that it verified the information provided in the Motion. *Id*. The United States further asserted that it recommended the granting of the Motion. Id.

**THEREFORE**, for good cause found, it is **ORDERED** that the Motion to Change Restitution Victim is **GRANTED**; and it is further **ORDERED** that the addresses reflected in the Motion to Change Restitution Victim shall be reflected in the records maintained by the Clerk's Office. The Clerk shall provide certified copies of this Order to counsel of record.

**IT IS SO ORDERED** this _____ day of _____, 2024.


ENTER: _____
JOSEPH R. GOODWIN
United States District Judge